IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DUKE CRANFORD,**

    Plaintiff,

vs.                               Case No.: 1:09cv70-MP/AK

**A. D. HAMMOCK, et al,**

    Defendants.
_____/

**O R D E R**

Presently before the Court is Plaintiff's Motion for Extension of Time to file a response to Defendants' Motion for Summary Judgment. (Doc. 47). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall file his response on or before **December 18, 2009.**

**DONE AND ORDERED** this *10th* day of November 2009.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**