**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DUKE CRANFORD,**

      **Plaintiff,**

**vs.**                           **Case No.: 1:09cv70-MP/AK**

**A. D. HAMMOCK, et al,**

      **Defendants.**

_____/

**O R D E R**

Presently before the Court is Plaintiff's Motion to Compel Discovery.  (Doc. 52).

Plaintiff must provide a copy of the requests at issue, including the certificate of service

showing when he served them upon Defendants.  Plaintiff shall on or before December 11,

2009, file and serve a Supplement to his motion which includes these papers and the Court

will await Defendants' response thereto before ruling on the issue.

      **DONE AND ORDERED** this _3rd_ day of December 2009.


                          _s/ A. KORNBLUM_____
                          **ALLAN KORNBLUM**
                          **UNITED STATES MAGISTRATE JUDGE**